# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

MICHAEL LOVEE SWILLEY,     *

        Plaintiff,     *       CIVIL ACTION NO.: 2:18-cv27

    v.     *

DR. FNU POPE, et al.,     *

        Defendants.     *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court **DISMISSES** Plaintiff's claims against Defendant Pope in her official capacity for monetary damages and all of Plaintiff's claims against Defendants Johnson, Blackmon, and Food Services. The Court also **DENIES** Plaintiff *in forma pauperis* status on appeal as to these dismissed claims. Plaintiff's deliberate indifference claim against Defendant Pope in her individual

capacity shall remain pending.

**SO ORDERED**, this _____24_____ day of _____September_____ , 2019.


_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)