
FILED
John E. Triplett, Acting Clerk
United States District Court

By Crobinson at 4:39 pm, Nov 09, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MICHAEL LOVEE SWILLEY, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-27 |
| v. | * | |
| DR. MYRA POPE, | * | |
| Defendant. | * | |

ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 68. No party to this action filed Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DENIES** Defendant's Motion to Dismiss, dkt. no. 44.

SO ORDERED, this _9_ day of _November_, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA